IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. EMMANUEL CHAPLAIN, Defendant. | 8:14CR409 ORDER |

This matter is before the Court on the defendant's motion (Filing No. 358) in which he seeks transcripts from his trial and sentencing, as well as the government's brief on direct appeal. The defendant submits to the Court that he is in need of such documents for purposes of a filing under "Habeas-28 U.S.C." While the Court is not obligated to provide copies of the documents, the defendant is, of course, free to request such documents from the Clerk's Office of the District Court and/or of the Eighth Circuit Court of Appeals, and to pay the costs of the same. The requested trial and sentencing transcripts have previously been prepared at filings 301, 303, 304, 305, 306, 307 and 308, and will not be provided without prepayment for costs of copies. Accordingly,

**IT IS ORDERED:**

1. The defendant's Motion for Copies [358] is denied.

Dated this 5th day of September, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge