IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **8:14CR409** |
| vs. | |
| EMMANUEL CHAPLAIN, | **ORDER** |
| Defendant. | |

This matter is before the Court on the Defendant's motion ([Filing No. 361](#)) requesting leave to proceed in forma pauperis to prosecute an application for a writ of habeas corpus, and his motion ([Filing No. 364](#)) seeking his criminal docket sheet and indictment.

Defendant's request for leave to proceed in forma pauperis does not comply with the applicable statutory requirements. See 28 U.S.C. § 1915(a)(1) and (2) (requiring an affidavit and certified copy of trust fund account statement). The Clerk of Court has mailed Defendant the appropriate form to apply for in forma pauperis. Defendant may complete the form with the required documents and refile his motion. Therefore, the Court will deny Defendant's instant motion to proceed in forma pauperis, without prejudice.

As previously ordered by this court, Defendant does not have the right to receive copies without payment, even if the court grants him leave to proceed in forma pauperis. See [Filing No. 359](#). If Defendant requires copies of court documents, he should contact the Clerk of Court to determine the proper method for requesting and paying for copies. Accordingly,

**IT IS ORDERED:**
1. Defendant's motion ([Filing No. 361](#)) requesting leave to proceed in forma pauperis is denied, without prejudice.
2. Defendant's motion ([Filing No. 364](#)) seeking copies of his criminal docket sheet and indictment is denied.

Dated this 4th day of October, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge