**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **8:14CR409** |
| **Plaintiffs,** | |
| **vs.** | **JUDGMENT** |
| **EMMANUEL CHAPLAIN,** | |
| **Defendant.** | |

For the reasons stated in the Court's Memorandum and Order of this date,

IT IS ORDERED:

1. Defendant Emmanuel Chaplain's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 386, is denied; and

2. The Clerk will mail a copy of this Judgment to Defendant Emmanuel Chaplain at his last known address.

Dated this 31st day of August, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge