**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> EMMANUEL CHAPLAIN, <br><br> Defendant. | 8:14CR409 <br><br> JUDGMENT |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. Defendant Emmanuel Chaplain's "2241 Motion From Appellant," construed as a motion under 28 U.S.C. § 2255 and under the First Step Act, ECF No. 448, is dismissed;

2. Defendant Emmanuel Chaplain's "Separate Notice" seeking appointment of counsel, ECF No. 449, is denied;

3. No certificate of appealability will be issued; and

4. The Clerk will mail a copy of this Memorandum and Order to Defendant Emmanuel Chaplain at his last known address.

Dated this 12th day of March, 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge